STATE OF OREGON          )
                               ) ss.              AFFIDAVIT OF ADAM L. SALE
COUNTY OF MULTNOMAH    )

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, Adam L. Sale, being first duly sworn, hereby state as follows:

**Introduction and Agent Background**

1.       I am a Postal Inspector with the United States Postal Inspection Service (USPIS) and have been since July 2014. I am currently assigned to the Portland, Oregon, Domicile Office of the USPIS. As a Postal Inspector, I am empowered by 18 U.S.C. § 3061 to conduct investigations and to make arrests for offenses against the United States. As part of my duties, I investigate crimes committed against Postal Service employees and facilities. In April 2004, I attended the Criminal Investigator Training Program at the Federal Law Enforcement Training Center (F.L.E.T.C.) in Glynco, Georgia. From April 2004 to July 2014, I served as a U.S. Secret Service Special Agent. Prior to that, I served eight years in the U.S. Army as a Commissioned Officer, achieving the rank of Captain.

2.       The facts set forth in this affidavit are based on my own personal knowledge; knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers; interviews of witnesses; my review of records related to this investigation; communications with others who have knowledge of the events and circumstances described herein; and information gained through my training and experience.

3.       I submit this affidavit in support of a criminal complaint charging Kevin Eugene Irvine with aggravated assault of a Postal Service employee with a firearm, in

violation of 18 U.S.C. § 111(a), and attempting to kill a Postal Service employee, in violation of 18 U.S.C. § 1114.

4.      I am submitting this affidavit for the limited purpose of filing a criminal complaint in support of an arrest warrant for Kevin Eugene Irvine. I did not include all the relevant facts known to me or other members of law enforcement regarding this investigation. I set forth in this affidavit only those facts necessary to support probable cause for the requested criminal complaint and arrest warrant.

**Applicable Statutes**

5.      a.      Title 18, United States Code, Section 111(a) makes it unlawful for any person to assault, resist, oppose, impede, or intimidate any officer or employee of the United States or of any agency in any branch of the United States government, while engaged in or on account of the performance of official duties.

b.      Title 18, United States Code, Section 1114 makes it unlawful for any person to kill or attempt to kill any officer or employee of the United States or of any agency in any branch of the United States government while such officer or employee is engaged in or on account of the performance of official duties.

**Statement of Probable Cause**

5.      On December 24, 2022, a U.S. Postal Service Letter Carrier was shot while delivering mail in Milwaukie, Oregon. Milwaukie Police officers, Clackamas County Sheriff's deputies, and personnel from the USPIS responded to the shooting scene, located at 10210 SE 37th Ave., Milwaukie OR 97222, and learned the following facts.

**Affidavit of Postal Inspector Adam L. Sale**                                                    **Page 2**

6.      The shooting occurred shortly before 12:42 PM. The letter carrier was shot in the leg. The carrier told Milwaukie Police that shortly before the shooting, the shooter drove past in a white van while the carrier was delivering mail on SE 36th Avenue. The carrier made eye contact with the driver, who threw his hands in the air inside the van. The carrier thought the driver was waving, so the carrier waved back. The carrier saw the same van again a short time later traveling on SE 37th Ave. The carrier saw the driver get out of the van at 10114 SE 37th Ave., just north of the carrier's location. The driver knelt and fired shots at the carrier with what is probably a small caliber rifle, based on the sound the rifle made. The carrier was stuck in the left leg, near his knee.

7.      The carrier described the shooter as a white male with curly hair down to his jaw line, approximately 5'8" tall, and weighing about 150 lbs. The shooter wore glasses. The carrier did not recognize the either the shooter or the van from prior interactions, either in the carrier's official capacity or outside of work.

8.      Clackamas County Fire personnel responded to the scene and provided first aid to the carrier. Firefighters identified an entry and exit wound on the carrier's leg. They transported the carrier to OHSU Hospital.  The bullet that struck the carrier has not been recovered.

9.      After the carrier was taken to the hospital, Milwaukie Police officers located a witness to the shooting. The witness, who lives on SE 37th Avenue, was standing in her living room near her front window and saw a white van in front of her neighbor's home. The van stopped in the middle of the road facing north on SE 37th Avenue. The driver got out of the driver's seat with a rifle, knelt to the ground, and fired about three shots. The witness saw

the driver pick up multiple items from the ground following the shooting. He got back into the van and drove away at a controlled speed. The witness described the van as white and dirty, with an Oregon "tree style" license plate. The witness described the driver as a white male, 5'5" to 6'0" tall, slim build, short blonde hair, wearing a dark gray hooded sweatshirt.

10.    On December 24, 2022, at approximately 1:00 PM, investigators began canvassing the neighborhood for surveillance video of the suspect and the suspect van. Video surveillance footage provided by residents in the neighborhood showed the suspect van within blocks of the incident beginning at 12:16 PM. Photos of the suspect vehicle obtained from surveillance video are provided below:





11.    On December 28, 2022, a Lake Oswego Police officer located the suspect vehicle in a parking lot in Lake Oswego. The van was occupied by an individual later

identified as Kevin Eugene IRVINE, DOB XX/XX/1991. The officer followed the van to an intersection on Kruse Way in Lake Oswego where the van pulled to the side of the road. The officer contacted IRVINE, took him into custody, secured the van, and notified both the Milwaukie Police and the USPIS.

12.    The van's exterior matched the van shown in the surveillance video obtained by law enforcement following the shooting on December 24, 2022. It was white, dirty, had a laundry basket in front passenger seat, damage to the passenger side door paneling, damage to the front bumper, and a broken left back window covered with plastic. Images of the van stopped by the Lake Oswego Police appear below.

 



13.     When he was stopped, IRVINE wore a dark gray hoodie. He also wore glasses. The neighbor who witnessed the shooting described the shooter as wearing a dark grey hoodie, and the victim carrier said the shooter wore glasses.

14.     Members of the Milwaukie Police Department and the USPIS interviewed IRVINE following his arrest. After being advised of and stating he understood his *Miranda* rights, IRVINE stated he was the only person who drove and had access to the van over the last two years. IRVINE further stated he was driving the van in Milwaukie, Oregon, on December 24, 2022, and that no one else drove the van that day. A search of Oregon DMV records revealed the van is registered to IRVINE at 11460 SW 121st Ave., Tigard, Oregon 97223.

15.     During the interview, IRVINE demonstrated a knowledge of firearms and the use of firearms. He also described the use of rifle scopes.

**Affidavit of Postal Inspector Adam L. Sale**                                           **Page 6**

16.     On December 29, 2022, investigators showed the victim carrier a photo line-up that included a picture of IRVINE. The carrier positively identified IRVINE as the person who drove the white van and who shot him in the leg on December 24, 2022.

17.     Investigators interviewed family members of IRVINE, who stated IRVINE was taught at a young age to use firearms by his father, who was a Marine. They said IRVINE has an affinity for firearms and owns several, including an AK-47 assault-style rifle, a revolver, and a .22-caliber rifle. They stated IRVINE had a rifle scope and ammunition shipped to their home in the past. They said they told him to stop sending ammunition to their home approximately a year ago.

18.     Family members stated they fear IRVINE based on his past behavior. One relative described a walk he took with IRVINE during which IRVINE said he had a plan to kill someone. After the killing he planned to drive to Seattle, dispose of his possessions, and disappear. IRVINE then stated he was kidding but the relative believed IRVINE was telling the truth. In another instance a family member was in a residence with IRVINE when IRVINE removed a revolver from a safe, said, "I want to show you something," pointed the revolver in the direction of the family member and spun the cylinder while maintaining menacing eye contact with the family member. IRVINE eventually returned the firearm to the safe. The family member believed IRVINE planned to shoot them during the encounter.

19.     IRVINE has multiple active misdemeanor warrants out of the State of Washington. He currently has a misdemeanor warrant out of Skaggett County for a failure to appear (FTA) on a DUI arrest, a misdemeanor warrant out of Enumclaw, WA for FTA on an

assault IV arrest, and a misdemeanor warrant out of Kelso, WA for FTA on a possession of a firearm without a license citation.

20.      The Kelso, WA citation resulted from an incident on December 8, 2021, in which IRVINE shot himself in the calf with a Smith & Wesson revolver while in his white 1996 Ford, Econoline van. During their investigation, the Kelso Police confiscated the revolver, a black Norinco SKS, and a black, 7.62 caliber, Arsenal Inc. SAM7K rifle for safekeeping. As of this writing, those weapons are still held by the Kelso Police Department.

21.      The original investigation that resulted in the Enumclaw FTA warrant is based on IRVINE's March 20, 2022, arrest on two counts of Assault IV Domestic Violence.

**Conclusion**

22.      Based on the foregoing, I have probable cause to believe that Kevin Eugene IRVINE, date of birth XX/XX/1991, committed an aggravated assault with a firearm against a Postal Service employee while the employee was engaged in the performance of official duties, in violation of 18 U.S.C. § 111(a), and attempted to kill a Postal Service employee while the employee was engaged in official duties, in violation of 18 U.S.C. § 1114.  I therefore respectfully request that the Court issue a criminal complaint and arrest warrant charging IRVINE with those offenses.

/ / /

/ / /

/ / /

**Affidavit of Postal Inspector Adam L. Sale**                                          **Page 8**

23.    Prior to being submitted to the Court, this affidavit and the requested criminal complaint were reviewed by Assistant United States Attorney (AUSA) Gary Sussman. AUSA Sussman told me that in his opinion, the affidavit is legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint.

*(By telephone)*
Adam L. Sale
U.S. Postal Inspector


Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at ___1:59___ ~~am~~/pm on December __30__, 2022.

HONORABLE YOULEE YIM YOU
United States Magistrate Judge